## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST K<br><br>    PLAINTIFF<br><br>v.<br><br>WILLIAM N. COCHRAN<br><br>    DEFENDANT(S) | **CIVIL ACTION NO:**<br>1:23-cv-00133-NT |

### RESPONSE TO MOTION FOR LEAVE TO FILE AMENDED ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS

COMES NOW Plaintiff Wilmington Savings Fund Society, FSB, As Trustee of Stanwich Mortgage Loan Trust K ("Wilmington") by and through undersigned counsel and responds to Defendant's Motions for Leave to File an Amended Answer, Affirmative Defenses, and Counterclaims as follows:

1. PROCEDURAL STATUS OF THE CASE

a) This foreclosure matter was filed on March 15, 2023. (ECF No. 1)

b) Defendant answered on April 10, 2023 (ECF No. 7), requesting referral to Maine's Foreclosure Mediation Program (ECF No. 8).

c) Pursuant to Defendant's Request, this Court STAYED this matter on Aprinl 11, 2023 pending completion of the Maine Foreclosure Mediation process pursuant to 14 M.R.S. §6321(6). (ECF No. 11)

1

    d)    This matter remains STAYED, as this matter remains in the Maine Foreclosure Mediation Program.

    2.    <u>DEFENDANT'S MOTION IS EITHER UNTIMELY, OR PREMATURE BECAUSE THIS MATTER IS STAYED</u>

    a)    Defendant's Motions for Leave to File an Amended Answer, Affirmative Defenses, and Counterclaims were filed on November 2, 2023 (ECF No. 19), while this matter was STAYED. (ECF No. 11).

    b)    Defendant rests his argument as to being able to amend his answer and file his counterclaim *as of right* pursuant to Fed. R .Civ. P. 15(a)(1)(A) upon his calculation that the 21-day deadline was STAYED (ECF No. 18, Pg. 2, ¶12.

    c)    Plaintiff *agrees*.

    d)    Were this case not STAYED, and the Motions (ECF Nos. 18 & 19) had, in fact been timely made, Plaintiff would have no basis to object.

    e)    Since the case is STAYED, Defendant's motions are premature.

    f)    Consideration of both motions should be DEFERRED until this matter is no longer stayed.

WHEREFORE, Plaintiff respectfully requests that this Court ORDER:

    a)    that consideration of Defendant's Motions for Leave to File an Amended Answer, Affirmative Defenses, and Counterclaims be DEFERRED pending the completion of the mediation process;

    b)    that Plaintiff be permitted to SUPPLEMENT its response to Defendant's Motion to Join within 14 days of the lifting of the STAY in this matter; and

      c)      for such other and further relief as this Court may deem just and proper.

DATED:  December 15, 2023

                                                          */s/ William A. Fogel*
                                                          William A. Fogel
                                                          Attorney for Plaintiff Wilmington Savings Fund Society, FSB, As Trustee of Stanwich Mortgage Loan Trust K

Brock & Scott PLLC
30 Danforth Street, Suite 104
Portland, ME 04104
(860) 474- 8747
bill.fogel@brockandscott.com

## CERTIFICATE OF SERVICE

I hereby certify that the pleading to which this Certificate of Service is attached was filed electronically via this court's ECF system, and thereby was served electronically upon all parties who have appeared in this case.

DATED: December 15, 2023

                                                */s/ William A. Fogel*
                                                William A. Fogel