# EXHIBIT 1

TO PLAINTIFF'S STATUS REPORT REGARDING MEDIATION

AND

NOTICE OF INTENT TO FILE MOTION TO DISMISS

| Wilmington Savings Fund | Plaintiff | ☐ Superior Court ☒ District Court |
|---|---|---|
| | | County: Kennebec |
| V. | | Location (Town): Augusta |
| | | Docket No.: AUGDC RE 2023 00027 |
| William Cochran | Defendant | |

## FORECLOSURE DIVERSION PROGRAM
## MEDIATOR'S REPORT

**Mediator:** McKelway    **Session:** 1    **Mediation Date** (*mm/dd/yyyy*): 03/12/2024

**Loan type / Investor / Insurer:** _____    **Session Start Time:** 9 ☒ am ☐ pm

1. **COURT ACTION** (Check one disposition only)

   ☐ A. **FINAL REPORT** (Mediation Completed)

      ☐ 1. Case is Resolved,
         ☐ a. Plaintiff's counsel to file motion to dismiss on or before 3/19/2024. If not filed as agreed, case will be **scheduled for further mediation but not before May 2024.**
         ☐ b. Other:

   ☐ B. **INTERIM REPORT**

      ☐ 1. Mediation is Unfinished,
         ☐ a. Next **mediation to be held** ☐ remotely or ☐ in person on or after (*mm/dd/yyyy*) _____.
         ☐ b. **Mediation to be requested** by (*mm/dd/yyyy*) _____, or this report will become a Final Report, Scheduling Order to issue.

      ☐ 2. Case is Partially Resolved by temporary agreement. **Agreed Deadline** (*mm/dd/yyyy*): _____
         Parties have reached a temporary agreement that is expected to resolve the case. If no motion or request is filed by the Agreed deadline, further mediation will be scheduled.

2. **PARTICIPANTS** (Provide full names) ☐ Email addresses have been provided to the court.

   **Mortgagee/servicer Name and Title:** Debbie Martin
   ☒ This participant asserts authority to agree to a proposed settlement and/or dismissal.
   **Mortgagee/plaintiff's counsel:** John Ney, Esq. and William Fogel, Esq.
   **Mortgagor/defendant(s):** William Cochran
   **Mortgagor/defendant's counsel:** John Steed, Esq
   **Other:**

3. **PARY AND/OR COUNSEL ACTION**

   Homeowner received a modification in 2020 and the documents were finalized and previous servicer continued to accept payments. There are disputes between the parties about the servicing transfer. But the loan reentered foreclosure in 2023. There are multiple issues being disputed between the parties today that mediation cannot

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

cannot resolve – one of which is whether the dismissal of the foreclosure (which P says is imminent) will be with or without prejudice, but other issues are also disputed between the parties.

P will file a motion to dismiss the foreclosure case on before 3/19/2024.

4. **MEDIATION OUTCOME** (Check one only)

    ☐ Final settlement agreement reached during mediation.
    ☐ Temporary agreement reached during mediation.
    ☐ Temporary agreement reached before mediation.
    ☐ Agreement on some issues, but mediation did not resolve the action.
    ☐ No agreement on any issues, mediation concluded.
    ☒ Additional mediation may be needed after the parties file with the court and exchange more information.
    ☐ Additional mediation needed because (name) _____ needs to be included in the mediation.
    ☐ Additional mediation needed for other reason.  Specify reason:
    ☐ Plaintiff (AND/OR) Defendant(s) needs time to consider proposed agreement.
    ☐ Mediation not held because defendant(s) was not owner-occupant.
    ☐ Mediation not held because plaintiff/defendant(s)/plaintiff's counsel/defendant's counsel did not attend.
    ☐ Other, specify:

5. **PROGRAM REPORTING**

    A.  ☐ Worksheet Completed and Attached. NVP Outcome: ☐ Pass ☐ Not Pass
        ☐ Worksheet not completed because:
            ☐ Final settlement reached.
            ☐ Temporary trial plan agreed to; final settlement anticipated.
            ☐ Insufficient financial information provided. ☐ Defendant reports no income.
            ☐ Defendant does not seek loan modification. ☐ Reverse mortgage.
            ☐ Other:

    B. **COMMUNITY RESOURCES (Check all that apply)**
        ☐ Defendant(s) attended informational session.
        ☐ Defendant(s) received legal counseling or assistance.
        ☐ Defendant(s) received assistance in preparing forms for mediation from: ☐ attorney or legal services employee ☐ housing counselor ☐ financial counselor

    C. **AGREEMENT DETAILS, IF APPLICABLE (Check all that apply)**

        ☐ Loan modification:                        ☐ Reinstatement of the mortgage
            ☐ Temporary modification                ☐ Repayment/Forbearance plan
            ☐ Permanent modification                ☐ Extension agreement
            ☐ Interest rate reduction               ☐ Principal Forbearance
            ☐ ARM to fixed rate                     ☐ Waive fees/penalties
            ☐ Amortization extended                 ☐ Shared appreciation mortgage (SAM)
            ☐ Principal reduction                   ☐ Deed in lieu of foreclosure
                                                    ☐ Short sale

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

☐ Cash for keys

☐ Other:

6. **BRIEF NARRATIVE OF ANY AGREEMENT(S) REACHED**

7. **SIGNATURES:**

   Each participant signing below had an opportunity to review the agreements on this form and each participant who appeared remotely authorized the remote signature appearing below.

   Date (mm/dd/yyyy): 03/12/2024
   ► _____
   Signature of Mediator

   Date (mm/dd/yyyy): 03/12/2024
   ► _____
   Signature of Plaintiff

   Date (mm/dd/yyyy): 03/12/2024
   ► _____
   Signature of Plaintiff's Counsel

   Date (mm/dd/yyyy): 03/12/2024
   ► _____
   Signature of Defendant (1)

   Date (mm/dd/yyyy): _____
   ► _____
   Signature of Defendant (2)

   Date (mm/dd/yyyy): 3/12/24
   ► _____
   Signature of Defendant (1) Counsel

   Date (mm/dd/yyyy): _____
   ► _____
   Signature of Defendant (2) Counsel

   **WHEN COMPLETE MEDIATORS SUBMIT ORIGINAL TO COURT WITH COPIES TO PARTIES**

---

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.