UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST K<br><br>PLAINTIFF<br><br>v.<br><br>WILLIAM N. COCHRAN<br><br>DEFENDANT(S) | CIVIL ACTION NO:<br>1:23-cv-00133-SDN |

**PLAINTIFF'S CONSENT MOTION TO CONDUCT HEARING VIA ZOOM**

COMES NOW Plaintiff Wilmington Savings Fund Society, FSB as Trustee of Stanwich Mortgage Loan Trust K ("Wilmington") by and through undersigned counsel and, with the knowledge, agreement, and consent of Defendant hereby moves this Court for an Order that the hearing on pending motions currently set for **January 6, 2025 at 9:00 a.m.** (ECF No. 49) be convened **via Zoom.**

The reasons for the request include:

a) Plaintiff's lead counsel resides in California;

b) Plaintiff's lead counsel is currently on family and medical leave; and

c) Plaintiff's lead counsel's presence is required in Los Angeles during the week of the hearing for pre-surgical procedures leading up to a January 13th surgery on counsel's wife.

1

WHEREFORE Plaintiff request that the January 6, 2025 hearing in the above captioned matter be convened via zoom.

DATED: December 17, 2024

/s/William A. Fogel
William A. Fogel
Attorney for Wilmington Savings
Fund Society, FSB as Trustee of
Stanwich Mortgage Loan Trust K

Brock & Scott PLLC
30 Danforth Street, Suite 104
Portland, ME 04104
(860) 474- 8747
bill.fogel@brockandscott.com

CERTIFICATE OF SERVICE

    I hereby certify that the pleading to which this Certificate of Service is attached was filed electronically via this court's ECF system, and thereby was served electronically upon all parties who have appeared in this case.

DATED: December 17, 2024

                                            /s/ William A. Fogel
                                            William A. Fogel